IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

    Plaintiff,                   No. 2:12-cv-2185 AC P

    vs.

SALINAS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has consented to the jurisdiction of the undersigned. See Consent, Sept. 4, 2012, ECF No. 3.

        By order filed November 26, 2012, the court determined that plaintiff's complaint, filed August 3, 2012, stated colorable First, Fourth, and Eighth Amendment claims against defendants Neves, Abbott, and Shillford. See Order, Nov. 26, 2012, ECF No. 10.  The court noted that plaintiff had not raised any colorable claims against defendant Salinas, and so offered the plaintiff an opportunity to amend his complaint in order to include any claims against defendant Salinas. Id.

        In response, plaintiff did not file an amended complaint, but did request that

1

defendant Salinas be dismissed.  See Declaration of Gregory Bontemps requesting Correctional Officer Salinas Be Dismissed, Dec. 19, 2012, ECF No. 14.  Plaintiff also attempted to supplement his claims against defendant Neves.  See Declaration of Gregory Bontemps against Correctional Officer Neves, Dec. 19, 2012, ECF No. 13.  The court advised plaintiff that he could not supplement his complaint, but, if he wanted to add additional claims, he must do so in an amended complaint.  See Order, Feb. 14, 2013, ECF No. 15.  The court granted plaintiff an additional 30 days to file such an amended complaint, and advised plaintiff that if he chose not to file an amended complaint, the action would proceed against defendants Neves, Abbott, and Shillford, on the claims raised in the original complaint only.  Id.  The thirty day period has now expired, and plaintiff has not filed an amended complaint.

By separate order, the court will direct service of the complaint on defendants Neves, Abbott, and Shillford.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to dismiss defendant Salinas be granted, and that defendant Salinas be dismissed from this action with prejudice.

DATED: May 7, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/bont2185.B3