1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY C. BONTEMPS,                        No.  2:12-cv-02185 AC P

12              Plaintiff,

13        v.                                      ORDER

14   SALINAS, et al.,

15              Defendants.

16

17        A review of this court's docket indicates that the order of November 7, 2013 was

18   misdesignated as an order rather than as findings and recommendations by the magistrate judge.

19   ECF No. 28.  Plaintiff's motion to reconsider, filed on November 25, 2013, is therefore properly

20   construed as Objections to the November 7, 2013 Findings and Recommendations.  Upon

21   correction of the docket to so reflect, plaintiff will be granted fourteen days to file any

22   supplemental objections to the Findings and Recommendations.

23        Accordingly, IT IS HEREBY ORDERED that:

24        1.  The Clerk of Court shall randomly assign this case to a district court judge;

25        2.  The Clerk of Court shall amend the docket to designate the November 7, 2013 Order as

26   Findings and Recommendations that defendants' motion to revoke plaintiff's in forma pauperis

27   status be granted on the ground that plaintiff is barred from proceeding in this action under the

28   three strikes provision of 28 U.S.C. § 1915(g); and

                                              1

1     3.  Plaintiff is granted fourteen days from the date of this order to file supplemental

2     objections to the Findings and Recommendations.

3     DATED: January 8, 2014

4

5     _____
      ALLISON CLAIRE
6     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28