UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:12-cv-2185 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| SALINAS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed by February 14, 2014. Plaintiff has not filed objections to the findings and recommendations.

The Court returns this matter to the magistrate judge to reconsider in light of *Knapp v. Hogan*, 738 F.3d 1106 (9th Cir. 2013), which was published on December 26, 2013, and therefore not available to the magistrate judge when she issued the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 72(b)(3) this action is returned to the magistrate judge with instructions.

1

Dated: April 1, 2014

_____
Troy L. Nunley
United States District Judge

Dated: April 1, 2014

_____
Troy L. Nunley
United States District Judge