UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BONTEMPS, | No. 2:12-cv-2185 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| SALINAS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 11, 2014, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.[1] Defendants have filed objections to the findings and recommendations.[2]

---

[1] Plaintiff's "motion for reconsideration" filed on April 25, 2014 simply attached the Amended Findings and Recommendation and, accordingly is disregarded. The Clerk will therefore be directed to strike the motion from the docket.

[2] Defendants contend that the sheer volume of Plaintiff's filings as well as the fact that he has yet to prevail in any civil action makes him an abusive filer warranting the revocation of his in forma pauperis status. Here, the record demonstrates that despite being given the opportunity to fix defects in multiple cases, Plaintiff simply has not followed through. Thus, the docket reports are

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations filed April 11, 2014 are adopted in full;

2. Defendants' motion to revoke Plaintiff's in forma pauperis status (ECF No. 25) is denied;

3. Defendants' alternative request for sanctions also is denied;

4. The Clerk of Court is directed to strike Plaintiff's motion for reconsideration (ECF No. 41) from the docket.

Dated: May 13, 2014

Troy L. Nunley
United States District Judge

/bont2185.806

---

simply not sufficient to demonstrate that Plaintiff's litigation history should result in revoking his in forma pauperis status on the basis that he is an abusive filer.  See ECF Nos. 25-2 at 47-64; 25-3 at 1-1; 25-3 at 68-69 (PACER Case Locator print out).