1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY C. BONTEMPS,                     No.  2:12-cv-2185 TLN AC P

12                    Plaintiff,

13          v.                                ORDER

14   SALINAS, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action.  On November 5,

18   2014, defendants moved for summary judgment, asserting that plaintiff had failed to exhaust his

19   administrative remedies.  ECF No. 51.  Defendant also moved to stay discovery pending

20   resolution of the summary judgment motion.  ECF No. 52.  The time for responding to these

21   motions has expired, and plaintiff has filed no response to either motion.

22          Accordingly, IT IS HEREBY ORDERED that

23          1.  Plaintiff is ORDERED to SHOW CAUSE, in writing, within 30 days of the date of this

24   order, why this lawsuit should not be dismissed for lack of prosecution.  See Fed. R. Civ.

25   P. 41(b); E.D. Cal. R. 110.

26          2.  Discovery is temporarily STAYED in this case pending resolution of this order to

27   ////

28   ////

1

1  show cause and defendant's motion to stay discovery.

2  DATED: January 13, 2014

3  _____

4  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28